The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR22-014 RSM |
| Plaintiff, | |
| | **PROTECTIVE ORDER** |
| v. | |
| FARREL PADDIO, | |
| Defendant. | |

Upon the unopposed motion of the United States, and the Court being advised as to the nature of this case, it is hereby:

ORDERED that pursuant to Rule 16(d)(1), Federal Rules of Criminal Procedure, FARREL PADDIO and Paddio's counsel of record shall not provide any other person or entity with copies of any discovery material produced by the government which contains:

(a) personal identifying information of any individual (other than Paddio), including, without limitation, any individual's date of birth, Social Security number, current address, telephone number, email address, driver's license or state identification number, or professional license number ("Personal Information"); or

(b) financial information of any individual (other than Paddio) or business, including, without limitation, bank account numbers, credit or debit card numbers, account passwords, account names and contact information, account history, account

balances, account statements, or taxpayer identification numbers ("Financial Information"), unless the information belongs to Paddio, or defense counsel first redacts the Personal Information and Financial Information from the discovery material.

IT IS FURTHER ORDERED that any such discovery material (hereinafter the "Protected Material") shall be marked as "Protected" by the government.

IT IS FURTHER ORDERED that any unredacted Personal Information and Financial Information be disclosed to Paddio only for purposes of preparing Paddio's defense. The defense may send a redacted version of the discovery to Paddio.

IT IS FURTHER ORDERED that, subject to the restrictions above, neither defense counsel nor Paddio shall provide any unredacted discovery material produced by the government to any person or entity without the government's express written permission, except that defense counsel may provide discovery material (including unredacted discovery material) to investigators, paralegals, law clerks, experts, and assistants (hereinafter collectively referred to as "members of the defense team") who are necessary to assist counsel of record in preparation for trial or other proceedings and who agree to be bound by the terms of this Protective Order.

IT IS FURTHER ORDERED that defense counsel and members of the defense team may display and review Protected Material with Paddio, but Paddio may not retain any copies of the Protected Material unless the Personal Information or Financial Information contained in the discovery materials belongs to Paddio.

///

///

///

Protective Order - 2
*United States v. Farrel Paddio*, CR22-014 RSM

1    IT IS FURTHER ORDERED that the provisions of this Order shall not terminate

2    at the conclusion of this prosecution.

3

4

5    DATED this 13th day of April, 2022.

6

7

8

9    RICARDO S. MARTINEZ
     CHIEF UNITED STATES DISTRICT JUDGE

10

11

12

13   Presented by:

14   *s/ Jessica M. Ly*

15   JESSICA M. LY
     Special Assistant United States Attorney

16

17

18

19

20

21

22

23

24

25

26

27

28

Protective Order - 3
*United States v. Farrel Paddio*, CR22-014 RSM