CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR22-014RSM |
| Plaintiff, | ) ) | ORDER GRANTING UNOPPOSED |
| vs. | ) ) | MOTION TO CONTINUE TRIAL AND THE PRETRIAL MOTIONS DEADLINE |
| FARREL PADDIO, | ) ) | |
| Defendant. | ) ) | |

THIS MATTER having come before the Court on defendant's unopposed motion of the defendant for a continuance of the trial date and pretrial motions deadline, and the Court having considered the facts set forth in the motion, the finds the following:

1. A failure to grant the continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv). In addition, the failure to grant a continuance in the proceeding would likely result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

2. The ends of justice will be served by ordering a continuance in this case, as a continuance is necessary to ensure adequate time for the defense to effectively prepare

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE TRIAL
AND THE PRETRIAL MOTIONS
DEADLINE   - 1
(*U.S. v. Farrel Paddio*; CR22-014RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

for trial. All of these factors outweigh the best interests of the public and defendant in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7).

IT IS THEREFORE ORDERED that the trial date shall be continued from June 6, 2022, to September 26, 2022, and pretrial motions are to be filed no later than August 29, 2022.

IT IS FURTHER ORDERED that the resulting period of delay from the date of this order to the new trial date is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated this 25th day of April, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by,

s/ *Christopher M. Sanders*
Attorney for Farrel Paddio
Office of the Federal Public Defender

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL AND THE PRETRIAL MOTIONS DEADLINE - 2
(*U.S. v. Farrel Paddio*; CR22-014RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100