The Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FARREL PADDIO, <br><br> Defendant. | NO. CR22-014-RSM <br><br> **ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Order of Forfeiture ("Motion") seeking to forfeit, to the United States, Defendant Farrel Paddio's interest in the following property:

- A sum of money in the amount of $39,899.12, representing the proceeds Defendant Paddio personally obtained from his commission of *Theft of Public Funds* offense, in violation of 18 U.S.C. § 641.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of an Order of Forfeiture is appropriate because:

- The proceeds of *Theft of Public Funds*, in violation of 18 U.S.C. § 641, are forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c);

Order of Foreiture - 1
*United States v. Farrel Paddio,* CR22-014-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- In his Plea Agreement, Defendant agreed to forfeit his interest in the above-identified judgment for a sum of money pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c), as it reflects the proceeds he personally obtained from his commission of *Theft of Public Funds* offense, to which he entered a guilty plea (Dkt. No. 30, ¶ 13); and,

- This judgment for a sum of money is personal to Defendant Paddio; pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), no third-party ancillary process is required before forfeiting it.

NOW, THEREFORE, THE COURT ORDERS:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c), Defendant Paddio's interest in the above-identified sum of money in the amount of $39,899.12 is fully and finally forfeited, in its entirety, to the United States;

2. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)–(B), this Order will become final as to Defendant Paddio at the time he is sentenced; it will be made part of the sentence; and, it will be included in the judgment;

3. No right, title, or interest in the identified sum of money exists in any party other than the United States;

4. Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed $39,899.12; and,

//

//

//

Order of Forfeiture - 2
*United States v. Farrel Paddio,* CR22-014-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5. The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

IT IS SO ORDERED.

DATED this 21ST day of October, 2022

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

 s/ Jehiel I. Baer
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Jehiel.Baer@usdoj.gov

Order of Forfeiture - 3
*United States v. Farrel Paddio,* CR22-014-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970