The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FARREL PADDIO,<br><br>Defendant. | NO. CR22-00014 RSM<br><br>[PROPOSED]<br>**ORDER CONTINUING TERM OF PROBATION** |

The Court having found, based on its review of the record and Ms. Paddio's admissions, that she has violated the terms of her probation, HEREBY ORDERS that the existing term of probation shall be continued.

//
//
//

[Proposed] Order Continuing Term of Probation - 1
*United States v. Paddio* / CR22-00014-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All terms of Ms. Paddio's supervision shall remain in full force and effect.

IT IS SO ORDERED.

DATED this 22 day of November, 2024.

HON. RICARDO S. MARTINEZ
United States District Judge

PRESENTED BY:

*s/ Jessica M. Ly*
JESSICA M. LY
Special Assistant United States Attorney

[Proposed] Order Continuing Term of Probation - 2
United States v. Paddio / CR22-00014-RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970